# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NUMBER |
| v. | : | No. 01-769-01 |
| DAVID LEE FISHER | : | |

## ORDER

**AND NOW**, this 21st day of April, 2017, upon consideration of the Motion to Correct Sentence Under 28 U.S.C. § 2255 ("§ 2255") by David Lee Fisher ("Fisher") (Doc. No. 151), the Response in Opposition filed by the United States of America, and Fisher's Reply, it is hereby **ORDERED** the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Fisher shall be **RESENTENCED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE